UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff/Petitioner/USA, | ) | 4:22-cr-00672-CRI |
| | ) | |
| v. | ) | **Motion** |
| Venessa Maldonado, | ) | **in Support of** |
| Defendant/Respondent. | ) | ***Pro Hac Vice* Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Martin S. Pinales be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   XX  Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; XX does not intend to oppose

   ☐  Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
   _____
   _____

   ☐  No duty of consultation is required because the opposing party is proceeding pro se.


Adams Bischoff LLC.                           s/ Christopher W. Adams
171 Church Street, Suite 360.                 Signature of Local Counsel
Charleston SC 29401                           Local Counsel for Venessa Maldonado
Telephone Number: (843) 277-0090              DSC Fed. Bar No.: 10595
E-Mail Address: adams.c@me.com

revised 09/19/05